O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-884-CAS |
|---|---|---|
| Plaintiff, | ) | REVOCATION OF PROBATION AND JUDGMENT |
| v. | ) | |
| MARY LEE GILMORE, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 3, 2011 and July 12, 2011, this matter came before the Court on petitions to show cause why probation should not be revoked filed on February 23, 2011. The Government, Terrance Mann, the defendant and her appointed Deputy Federal Public Defender, Myra Sun, were present. The U.S. Probation Officer, Helene Hickman, was also present.

On March 3, 2011, the allegations were read to the defendant. The defendant was questioned by the Court and advised of her Constitutional Rights. The defendant denied violation of her probation as stated in the petition filed February 23, 2011.

An evidentiary hearing is held. Exhibits 1 and 2 are identified by the Government and admitted by the Court. Counsel argue.

THE COURT FINDS the defendant is in violation of her probation imposed on March 12, 2008. Defendant's probation is hereby revoked. Defendant is hereby committed to the Bureau of Prisons for a term of thirty (30) days, with no supervision to follow. It is ordered

that the defendant surrender herself to the institution designated by the Bureau of Prisons on or before 12 noon, July 19, 2011. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012. The Court hereby recommends that defendant be housed at the Metropolitan Detention Center.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: July 13, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: _____/S/_____
Catherine M. Jeang, Deputy Clerk